setting forth the facts and reasons for this order pursuant to Rules 30.25(b) and 84.16(b).

**Anthony GRAY, Petitioner/Appellant,**

v.

**DEPARTMENT OF PUBLIC SAFETY OF THE STATE OF MISSOURI, Respondent/Respondent.**

No. 60178.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 25, 1992.

Raymond Howard, Jr., St. Louis, for petitioner/appellant.

William L. Webster, Atty. Gen., Theodore A. Bruce, Breck K. Burgess, Asst. Attys. Gen., Jefferson City, for respondent/respondent.

ORDER

PER CURIAM.

Petitioner appeals from a court order sustaining department's motion to dismiss his petition for review. We affirm. The order of the trial court is not erroneous and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).